# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DAVID VASQUEZ-URIBE,<br><br>Petitioner,<br><br>v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br><br>Respondents. | Case No. CV 15-06807 ODW (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: October 5, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE